# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

---

No. 1D2025-0678

---

RALPH MONROE HAIR,

Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW, et al.,

Respondents.

---

Petition for Writ of Certiorari—Original Proceedings.

June 24, 2026

PER CURIAM.

DISMISSED. *See Strong v. Fla. Parole Comm'n*, 916 So. 2d 51 (Fla. 1st DCA 2005) ("As the Florida Parole Commission subsequently restored petitioner to supervision, the petition for writ of certiorari is denied as moot.").

LEWIS, ROBERTS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ralph Monroe Hair, pro se, Petitioner.

Mark Hiers, Deputy General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondents.